UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAINT-TILIEN METEYEUX,

        Petitioner,

-vs-                                       Case No. 6:12-cv-415-Orl-19KRS

SECRETARY, DEPARTMENT OF
CORRECTIONS, ATTORNEY GENERAL,
STATE OF FLORIDA,

        Respondents.
_____

## ORDER OF DISMISSAL

On April 16, 2012, the Court ordered Petitioner to pay the filing fee or file an Affidavit of Indigency within twenty-one days from the date of the Order. (Doc. No. 6). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. By the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this __15th_____ day of May, 2012.

*[Signature: Patricia C. Fawsett]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
OrlP-2  5/15
Saint-Tilien Meteyeux